**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAUL BONILLA, LUIS MONTENEGRO,**
**JOSE GOMEZ,**

                        **Plaintiffs,**

**-vs-**                                          **Case No.  6:06-cv-1860-Orl-28JGG**

**VHUV NATURAL STONE, INC., VICTOR**
**H. VELANDIA,**

                        **Defendants.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION TO STRIKE DEFENDANT'S ANSWER (Doc. No. 5)**
>
> **FILED:**      **January 19, 2007**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part and DENIED in part**.

Plaintiffs Raul Bonilla, Luis Montenegro and Jose Gomez sued Defendants VHUV Natural Stone, Inc. and Victor H. Velandia for alleged violations of the Fair Labor Standards Act and breach of contract.  On January 4, 2007, Velandia filed an answer solely on behalf of himself that stated he intended to file a petition for bankruptcy, and that he would pay all of his creditors and provide all necessary information "when prompted." Docket 4.  Plaintiffs already have sought and obtained entry

of a default against VHUV Natural Stone Inc. after it failed to respond to the complaint. Plaintiffs now seek judgment on the pleadings against Velandia as his answer fails to deny the allegations of the complaint. Alternately, Plaintiffs request that Velandia's answer be stricken pursuant to Fed. R. Civ. P. 12(f). Velandia has failed to respond to the motion within the time permitted by Local Rule 3.01(b).

The Court has reviewed the docket for the United States Bankruptcy Court for the Middle District of Florida. As of this date, neither Velandia nor VHUV Natural Stone has filed a petition for bankruptcy. Plaintiffs are correct that Velandia's answer fails to admit or deny the averments of the complaint as required by Fed. R. Civ. P. 8 and that judgment on the pleadings could be entered. The Court, however, is reluctant to enter judgment against Velandia without giving him an opportunity to amend his answer. Velandia's current answer, however, is improper and should be stricken.[1]

The Court, therefore, **RECOMMENDS** that:

1.   Plaintiffs' motion for judgment on the pleadings be **DENIED**.

2.   Plaintiffs' motion to strike the answer be **GRANTED**. Although stricken, the Clerk shall not delete Velandia's answer from the docket in case of appeal.

3.   The Court direct Velandia to file an amended answer within ten days after the District Judge adopts this Report and Recommendation. The amended answer shall respond to each allegation of the complaint, paragraph by paragraph. The response shall consist of an admission or denial

---

[1] Velandia is cautioned that although he is appearing pro se, he is required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure. *See, e.g., Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.1989). Failure to comply with these rules in the future may result in adverse rulings. A copy of the Local Rules may be viewed on the Court's website at http://www.flmd.uscourts.gov/ or obtained at no charge from the Clerk's Office. If Defendant is unable to pick up a copy of the Local Rules personally, he may request that a copy be mailed to him. Because the Court cannot pay the mailing costs, Defendant must also provide a self-addressed envelope with $4.90 postage affixed thereto.

consistent with Fed. R. Civ. P. 8. If Velandia has any affirmative defenses, he shall include them in the amended answer. Failure to file an amended answer may result in the entry of default against Velandia.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 9, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties