UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAUL BONILLA, LUIS
MONTENEGRO, JOSE
GOMEZ,

    PLAINTIFFS,

-vs-                                              Case No.  6:06-cv-1860-Orl-28JGG

VHUV NATURAL STONE, INC.,
VICTOR H. VELANDIA,

    DEFENDANTS.
_____/

## ORDER

This case is before the Court on Plaintiffs' Motion For Judgment On The Pleadings Or, In The Alternative, Motion To Strike Defendant's Answer (Doc. No. 5) filed January 19, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 9, 2007 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion For Judgment On the Pleadings is **DENIED**.

3. Plaintiffs' Motion To Strike Defendant's Answer is **GRANTED**. Although stricken, the Clerk shall not delete Defendant Velandia's answer from the docket in case of appeal. Defendant Velandia shall respond to each allegation of the Complaint, paragraph by paragraph. The response shall consist of an admission or denial consistent with Fed. R. Civ. P. 8. If Defendant Velandia has any affirmative defenses, he shall include them in his amended answer. The District Court recognizes Defendant Velandia filed an amended answer on February 20, 2007, eleven (11) days after the Report and Recommendation was entered. Defendant Velandia shall have eleven (11) days from the entry of this Order to further amend his amended answer to ensure it is in compliance with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party