# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAUL BONILLA, LUIS MONTENEGRO,
JOSE GOMEZ,

        Plaintiffs,

-vs-                                        Case No. 6:06-cv-1860-Orl-28JGG

VHUV NATURAL STONE, INC., VICTOR
H. VELANDIA,

        Defendants.
_____

## ORDER

This case is before the Court on 1) Motion to Extend Time to File a Motion for Final Default Judgment (Doc. No. 26) filed May 17, 2007; 2) Motion for Default Judgment against VHUV Natural Stone, Inc. (Doc. No. 29) filed May 31, 2007; and 3) the Court's own Motion to Strike Victor H. Velandia's Amended Answer and to Enter Default. The United States Magistrate Judge has submitted two Reports and Recommendations (Doc. Nos. 27 and 30) filed May 21, 2007 and June 18, 2007, respectively.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed to either Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in both Report and Recommendations. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 21, 2007 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      That the Report and Recommendation filed June 18, 2007 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3.      The Motion to Extend Time to File Motion for Final Default Judgment (Doc. No. 26) is **DENIED.**

4.      The Motion for Default Judgment Against VHUV Natural Stone, Inc. is **DENIED as moot.**

5.      The case against Defendant VHUV Natural Stone, Inc. is **DISMISSED** for Plaintiffs' failure to prosecute their claims diligently.

6.      The Answer filed by defendant Victor H. Velandia is hereby **STRICKEN** and default is hereby entered against him.

7.      Plaintiffs shall file their motion for default judgment against Defendant Velandia within fifteen (15) days of the date of this Order. Any such motion must correct the deficiencies noted in the first part of the Report and Recommendation found at Doc. No. 30.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party